```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 09064
   BRENESSA STIFF
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER


          Debtor
   SSN XXX-XX-8349

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/14/2008 and was confirmed 06/11/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/15/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE  SECURED            383.00           .00          22.00
CITY OF CHICAGO WATER DE  UNSECURED       NOT FILED           .00            .00
EMC MORTGAGE              CURRENT MORTG        .00            .00            .00
EMC MORTGAGE              MORTGAGE ARRE   3533.26             .00            .00
EMC MORTGAGE              UNSECURED       NOT FILED           .00            .00
AT&T                      UNSECURED       NOT FILED           .00            .00
CHARTER ONE BANK          UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED       NOT FILED           .00            .00
COMCAST                   UNSECURED       NOT FILED           .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED           .00            .00
FIRST NATIONAL COLLECTIO  UNSECURED       NOT FILED           .00            .00
LVNV FUNDING              UNSECURED         347.97            .00            .00
HBLC INC                  UNSECURED       NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED        2936.91            .00            .00
B-REAL LLC                UNSECURED         171.00            .00            .00
COOK COUNTY TREASURER     SECURED           586.00            .00            .00
COOK COUNTY TREASURER     UNSECURED       NOT FILED           .00            .00
CITIFINANCIAL SERVICES    UNSECURED        2615.24            .00            .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT     27.50             .00          27.50
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,500.00                        735.42
TOM VAUGHN                TRUSTEE                                          67.58
DEBTOR REFUND             REFUND                                          155.00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS        DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 1,007.50

PRIORITY                                    27.50
SECURED                                     22.00
UNSECURED                                     .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 09064 BRENESSA STIFF
```

```
ADMINISTRATIVE                                              735.42
TRUSTEE COMPENSATION                                         67.58
DEBTOR REFUND                                               155.00
                                        ---------------    ---------------
TOTALS                                       1,007.50           1,007.50
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 01/26/09             _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE


                              PAGE   2
            CASE NO. 08 B 09064 BRENESSA STIFF